IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| DENNIS ALLEN JACKSON, JR.,  )<br>                             )<br>     Plaintiff,             )<br>                             )<br>     v.                      )<br>                             )<br>OFFICER MOODY, et al.,       )<br>                             )<br>     Defendants.            )  | CIVIL ACTION NO.<br>  1:15cv568-MHT<br>       (WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this excessive-force lawsuit contending that defendant Officer Moody needlessly caused a police dog to bite and injure him.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's claims be dismissed against two other defendants: the Dothan Police Department and the K-9 Unit.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted

because neither defendant is a legal entity that is subject to suit for § 1983 purposes.  However, if plaintiff wishes to amend his complaint to name additional officers in the K-9 Unit or Dothan Police Department whom he wishes to hold responsible as defendants, he may request leave to do so.

    An appropriate judgment will be entered.

    DONE, this the 21st day of September, 2015.

                               /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE