IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| DENNIS ALLEN JACKSON, JR.,   )<br>                              )<br>    Plaintiff,              )<br>                              )<br>    v.                        )<br>                              )<br>OFFICER MOODY,                )<br>                              )<br>    Defendant.                ) | CIVIL ACTION NO.<br>1:15cv568-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this excessive-force lawsuit contending that defendant Officer Moody needlessly caused a police dog to bite and injure him.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's claims be dismissed without prejudice.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

**An appropriate judgment will be entered.**

**DONE, this the 27th day of January, 2016.**

                          /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**